JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIA CHAVEZ,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )
         -v-                                     )    Case No. SACV 12-2108-DOC(JPRx)
LAW OFFICES OF HARRIS AND ZIDE, LLP              )
                                                 )    ORDER DISMISSING CIVIL ACTION
                                                 )
                    Defendants.                  )
_____         )

     The Court having been advised by plaintiff's counsel that the above-entitled action has been

settled;

     IT IS THEREFORE ORDERED that this action is dismissed with prejudice, at the request of

plaintiff's counsel, to the right, upon good cause shown within 30 days, to reopen this action if

settlement is not consummated.


DATED: December 20, 2012

                                                 _____
                                                 DAVID O. CARTER
                                                 United States District Judge